# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:

RICHARD S. KERN JR.

DEBTOR                                                                                          CASE NO. 15-20001

### AMENDED
### TRUSTEE'S REPORT AND
### RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED per amended plan filed June 3, 2015 [Doc 44]

1. An order granting the motion of Regions Bank d/b/a Regions Mortgage for approval of a loan modification of the mortgage secured by the debtor's residence was entered on May 5, 2015 [Doc 39]. According to the documents attached to the creditor's motion, the debtor's scheduled monthly mortgage payment of $3,113.84 was reduced to $1,154.95, for a difference of $1,958.89. However, Schedule J was amended on June 3, 2015 [Doc 43] to reflect a lower monthly mortgage expense of $2,188.85 – an amount that is $1,033.90 per month *more* than the amount stated in the documents attached to the creditor's motion. Without explanation and/or additional documentation in support of this higher amount the trustee is unable to determine the correct amount of the debtor's mortgage payment or whether all disposable income is being paid into the plan.

2. The plan is not feasible. A proof of claim for mortgage arrearages has been filed by Regions Bank d/b/a Regions Mortgage in an amount higher than estimated.

[Claim No. 16-1, filed May 4, 2015.]  Appropriate action must be taken to address the claim, such as by amending the plan, filing an objection to the proof of claim of the creditor, or filing an appropriate motion.  The amended plan filed on June 3, 2015 [Doc 44] shows the estimated arrearage amount of the creditor's claim as "$0.00" yet the claim remains of record and has not been objected to by the debtor or withdrawn or amended by the creditor.  Therefore, the plan is not feasible given the claimed prepetition arrearage of $98,701.11.

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on June 9, 2015.

/s/ Donald B. Smith
Donald B. Smith
Attorney for Trustee
KY Bar ID:  89052
P O Box 2204
Lexington KY 40588-2204
(859) 233-1527
notices@ch13edky.com

David A. Kruer