UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-20001 |
| Richard S. Kern, Jr. | | Chapter 13 |
| | : | Judge Wise |
| **Debtor(s)** | | |
| | : | |
| | : | **ORDER GRANTING OBJECTION TO PROOF OF CLAIM** |

The Debtor having filed an objection to the proof of claim (ECF #51) of the Creditor, Regions Bank, pertaining to the pre-petition arrearage claim that was made part of the loan modification approved by the Court and thereafter consummerated between such parties, and such Creditor having not responded to the Debtor's objection, and the Court being otherwise sufficiently advised, hereby grants the Debtor's objection to the Creditor's proof of claim and such Creditor's pre-petition arrearage claim in the amount of $98,701.11 is thereby disallowed entirely in light of the loan modification.

**SO ORDERED**

Copies to:

Beverly M. Burden, Chapter 13 Trustee, via ECF
U.S. Trustee, via ECF
Joel Jensen, Esq., Attorney for Creditor, via ECF
David A. Kruer, Esq., Attorney for Debtor, via ECF

Regions Bank
7130 Goodlett Farms Parkway
Cordova, TN 38016

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Tuesday, July 14, 2015
(tnw)