UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                                                                          CASE NO. 15-20001

Richard S. Kern, Jr.

DEBTORS                                                                                             CHAPTER 13

AMENDED ORDER CONFIRMING THE
SECOND AMENDED PLAN DATED 6/30/2015, COURT DOC. # 44

This matter having come before the Court upon motion of the Trustee to amend the Order Confirming Plan entered herein on July 29, 2015; the Court having reviewed the record; and the Court being otherwise sufficiently advised.  A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation;

IT IS HEREBY ORDERED, as follows:

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

Copies to:

Richard S. Kern, Jr.
512 Levassor Avenue
Covington, KY 41011

KRUER, DAVID A.
118 W 5TH ST STE A
COVINGTON, KY 41011-5801

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH 45201-5480

BALLINGER MCCLAIN PLLC
3610 LEXINGTON RD
LOUISVILLE, KY 40207-2950

ARVIN, WILLIAM MILES JR
108 WEST MAPLE ST
NICHOLASVILLE, KY 40356

THE BANK OF NEW YORK MELLON
% NATIONSTAR MORTGAGE LLC
P O BOX 619096
DALLAS, TX 75261-9741

THE BANK OF NEW YORK MELLON
% NATIONSTAR MORTGAGE LLC
% WEINSTEIN PINSON & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98121

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, August 17, 2015**
**(tnw)**