**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 15-20001 |
|    Richard S. Kern, Jr. | | Chapter 13 |
| | : | Judge Wise |
|    Debtor(s) | | |
| | : | |
| | | **ORDER GRANTING MOTION TO** |
| | : | **PAYOFF CHAPTER 13 PLAN EARLY** |

This matter having come before the Court on Debtor's Motion to Pay Off Chapter 13 Plan Early ("Motion"), and the Court being otherwise sufficiently advised and no opposition having been filed thereto, it is hereby ordered that Debtor's Motion is granted. Debtor shall be permitted to borrower approximately $22,600.00 to pay off and complete payment of the instant chapter 13 plan of reorganization.

**SO ORDERED**

Serve:
Beverly Burden, Esq.
Chapter 13 Trustee
U.S. Trustee
Richard S. Kern, Jr.
all creditors on Matrix

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, July 09, 2018**
(grs)